### ESTATE OF GEORGE W. JOHNSON.

No. 4649 — 1872.

WILL, OLOGRAPHIC — SIGNATURE NEED NOT BE A SUBSCRIPTION.—A will commencing, " I, George W. Johnson do make, etc., this my last will," written throughout in the handwriting of the testator, but not signed at the foot, is sufficiently signed. Construing sections, C. C., 1276-7 ; C. C. P., 1309.

*H. K. Moore,* for proponent.

The paper was entirely written by the deceased, and commenced thus: " I, George W. Johnson, do make, etc., this my last will and testament," etc. The paper was not subscribed at the foot, nor does the name appear except as above stated. On its face it appears to be otherwise a completed instrument.

By the COURT: The signature of the testator is not required to be placed at the foot of an olographic will. If it appear anywhere in the instrument it is sufficient.

Order admitting will to probate.